PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Carlos Miranda Ramos     **Docket Number:** 10-00282-001
                                               **PACTS Number:** 18975

**Name of Sentencing Judicial Officer:** The Honorable William H. Walls
                                         Senior United States District Judge

**Date of Original Sentence:** 09/23/1998

**Original Offense:** CONSPIRACY TO DISTRIBUTE NARCOTICS

**Original Sentence:** 60 months imprisonment; 4 years supervised release.

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** February 14, 2011

**Assistant U.S. Attorney:** To be assigned, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** To be assigned, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the mandatory supervision condition which states **'Failure to submit drug test'**<br><br>Mr. Ramos tested positive for marijuana on June 24, 2011. Additionally, the Probation Office attempted to collect a drug test on March 7, 2012 and Ramos failed to submit to the test during a home visit. He was instructed to report to the Probation Office the same day to submit to a drug test and failed to do so. |
| 2 | The offender has violated the mandatory supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On April 8, 2012, Mr. Ramos was charged by South Brunswick Police Department with terroristic threats/threats to kill. According to police reports, police were dispatched to Hattie Hatch's house to investigate threats made against her by Ramos. Ms. Hatch stated that Ramos called her cell phone and |

threatened to kill her. There is already a restraining order against Mr. Ramos which prohibits him from having contact with her. According to the victim, Ramos stated "I'm going to kill you and shoot up your house tonight". Mr. Ramos has not been arrested on this charge and there remains an outstanding warrant from South Brunswick Police. Bail has been set at $5,000.

3      The offender has violated the standard supervision condition which states '**The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.**'

During a home visit on March 7, 2012, Mr. Ramos was instructed to report to the Probation Office before 4:30 pm. He failed to report on March 7, 2012.

On March 15, 2012, a written reporting notice was sent to Mr. Ramos instructing him to report on March 21, 2012. He failed to report on March 21, 2012.

On March 22, 2012, Mr. Ramos was instructed during a telephone conversation with the undersigned to report on March 23, 2012. He failed to report on March 23, 2012.

On April 2, 2012, a reporting notice was sent to Mr. Ramos instructing him to report on April 10, 2012. On April 10, 2012, Mr. Ramos failed to report and left a voice mail message for the undersigned officer advising he was sick and could not report as instructed.

3      The offender has violated the standard supervision condition which states '**The defendant shall submit a truthful and complete report within the first five days of each month.**'

Mr. Ramos has failed to submit monthly supervision reports for the months of November 2011 through March 2012.

I declare under penalty of perjury that the foregoing is true and correct.

By: Karen L. Merrigan
U.S. Probation Officer
Date: 4/12/12

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant (SEALED)
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

17 April 2012
Date