# United States District Court

### For The

### District of New Jersey

UNITED STATES OF AMERICA

v.                                                  Crim. No.    10-00282-001

Carlos Miranda Ramos

On February 14, 2011, the above named was placed on supervised release for a period of 4 years. The supervised releasee violated the terms of his supervision and a violation of supervised release warrant was issued on April 12, 2012. On April 14, 2012, Mr. Ramos died in a vehicular accident. We are respectfully requested that the violation of supervised release petition be dismissed and the warrant be vacated due to Mr. Ramos death.

Respectfully submitted,

United States Probation Officer
Karen L. Merrigan

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the warrant issued on April 17, 2012 be vacated.

Dated this _____ 8 _____ day of _____ May _____, 20 12 .

United States District Judge